## The PEOPLE *against* FINCH.

THE prisoner was indicted, tried and convicted, at the last *oyer and terminer* held in *Orange* county, for forging a note for the payment of money, in the words following, to wit: " Due *Jacob Finch*, 1 dollar on settlement this day, *February* 7th, 1809. *David Knight.*"

Judgment was respited, and the prisoner being brought up on a *habeas corpus,* it was moved in arrest of judgment, that the forged paper was not a note for the payment of money, within the statute.

*Per Curiam.* This is a note for the payment of money within the statute. A similar question arose in the case of *Matthew Mackey,* before this court, in *August* term, 1806. He was convicted for forging a paper, in the following words: " Due from *Benjamin Sands* to *Matthew Mackey,* the sum of one pound, on the first day of the month called *April,* 1801. *Benjamin Sands.*" And the court decided, that it was a note within the statute.

Judgment, that the prisoner be imprisoned in the state prison for five years.

*Forging the following paper: " Due Jacob Finch one dollar on. settlement this day," &c. is forging a note for the payment of money within the statute.*